UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN DULLAHAN * | |
| * | |
| Plaintiff, * | |
| * | Civil Action No: 10-0028 (ESH) |
| v. * | |
| * | |
| DEFENSE INTELLIGENCE AGENCY * | |
| et al. * | |
| * | |
| Defendant. * | |

\* \* \* \* \* \* \* \* \* \* \* \*

**PLAINTIFF'S NOTICE OF FILING OF**
**LETTER FROM SECRETARY OF DEFENSE**

NOW COMES the plaintiff John Dullahan, by and through his undersigned counsel, to respectfully submit a copy of the letter dated June 21, 2011, from and personally signed by the Secretary of Defense Robert M. Gates. A copy is attached as Exhibit "1".[1]

Date:  June 30, 2011

                                        Respectfully submitted,

                                        /s/
                                        _____
                                        Mark S Zaid, Esq.
                                        D.C. Bar #440532
                                        Mark S. Zaid, P.C.
                                        1250 Connecticut Avenue, N.W.
                                        Suite 200
                                        Washington, DC 20036
                                        (202) 454-2809
                                        (202) 330-5610 fax
                                        Mark@MarkZaid.com

---

[1] This letter was referenced in the Defendants' Response to Plaintiff's Motion for Leave to File First Amended Complaint (dated June 27, 2011).